## INDUSTRIAL COMMISSION v MINARD

Ohio Appeals, 9th Dist, Summit Co

No 2161.  Decided Jan 5, 1933

Gilbert Bettman, Attorney General, Columbus, R. R. Zurmehly, Ass't Attorney General, Columbus, Don Isham, Prosecuting Attorney, Akron, and W. A. Spencer, Ass't Prosecuting Attorney, Akron, for plaintiff in error.

Lee J. Myers, Akron, for defendant in error.

WASHBURN, J.

We hold that Minard suffered something more than "a mere impairment of his physical condition resulting from his doing his ordinary work in the ordinary way"; that the breaking down of tissue in the palm of his hands was an accidental injury suffered by him shortly before he had to cease work, and that his condition was caused by such injury.

**Industrial Comm. v Weimer, 124 Oh St 50.**

If there was an accidental injury, it would make no difference that Minard suffered the same while doing his ordinary work in the ordinary way, and in view of the evidence in the case and especially of the medical testimony, we find that the jury was right in finding that Minard's condition was due to a traumatic injury which was a happening that occurred unexpectedly and not in the usual course of events.

Judgment affirmed.

PARDEE, PJ, and FUNK, J, concur in judgment.